# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| LEO CASSIDY, | : | Case No. 1:21-cv-783 |
|     Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Stephanie Bowman |
| ADAMS COUNTY, *et al.*, | : | |
|     Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 11); AND
## TERMINATING THIS CASE ON THE COURT'S DOCKET

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge submitted a Report and Recommendation on March 24, 2022, recommending that Defendants' unopposed motions to dismiss be GRANTED and that this case be dismissed for want of prosecution. (Doc. 11). No objections were filed to the Report and Recommendation, and the time for doing so has now expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

    1.    The Report and Recommendation (Doc. 11) is **ADOPTED**;

    2.    Defendants' unopposed motions to dismiss (Docs. 2, 7) are **GRANTED**;

3. The above-referenced civil action is hereby **DISMISSED with prejudice** for want of prosecution;

4. The Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** on the docket of this Court; and

5. Pursuant to 28 U.S.C. § 1915(a), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, this Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

Date: 6/22/2022

*s/Timothy S. Black*
Timothy S. Black
United States District Judge